UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

James Williams, Marciona Mitchell,

    Plaintiffs,

v.

Brian Maurer, Russell Gartha, Eric Jachym, Tyler Fegreus, Patrick McCormick, Cole Armil, and Trevor Elliot

    Defendants.

_____/

Case No. 19-10850

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

## **ORDER REGARDING DISCOVERY DISPUTES**

On October 30, 2019, a telephonic hearing was held and oral argument was heard regarding the parties' discovery disputes. For the reasons set forth on the record, the Court orders as follows:

1. Defendants are to bear all costs for the third party medical records they received through their subpoena for such records. Plaintiffs have requested copies of these records from Defendants and Defendants must produce them to Plaintiffs. Defendants may charge Plaintiffs a reasonable copying fee if such copies cannot be provided electronically;

1

2. Defendants are ordered to produce the individual Defendants' entire personnel files and may redact only those portions that contain personal protected information, such as Social Security numbers, addresses, and health information. If Defendants seek a protective order regarding these documents, the parties are encouraged to stipulate to such an order. Defendants must complete the production of these records no later than Wednesday November 13, 2019.

IT IS SO ORDERED.

Dated: October 31, 2019            s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                                United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 31, 2019.

                                                s/William Barkholz
                                                Case Manager