# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

James Williams, Marciona Mitchell,

        Plaintiffs,

v.

Brian Maurer, Russell Gartha, Eric Jachym, Tyler Fegreus, Patrick McCormick, Cole Armil, and Trevor Elliot,

        Defendants.

_____/

Case No. 19-10850

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

## **ORDER REGARDING DELIBERATIVE PROCESS PRIVILEGE**

This matter came before the Court after a telephonic conference was held regarding a discovery dispute. On December 11, 2019, the Court held a hearing and heard argument regarding the parties' discovery dispute over documents Defendants redacted under the deliberative process privilege. The Court conducted an *in camera* review of a sample of the redacted portions of Defendants' documents.

For the reasons set forth on the record, the Court finds that Defendants' redactions were appropriate. However, Plaintiffs are not

1

precluded from raising this issue again if they wish to challenge a specific redaction in the future.

IT IS SO ORDERED.

Dated: December 11, 2019         s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY
                                 United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, December 11, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

s/William Barkholz
Case Manager